**James F. LUTES, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51466.**

Missouri Court of Appeals,
Western District.

March 26, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 1996.

Larry Curtis Pace, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for Respondent.

Before FENNER, C.J., P.J.,
LOWENSTEIN and SMART, JJ.

### *ORDER*

PER CURIAM.

Appeal from judgment of motion court denying motion for post-conviction relief under Rule 24.035.

Judgment affirmed. Rule 84.16(b).